

121 State Street
Albany, New York 12207-1693
Tel: 518-436-0751
Fax: 518-436-4751

David T. Luntz
E-mail: DLuntz@hinmanstraub.com

October 5, 2021

**VIA ECF**
Hon. Thomas J. McAvoy
15 Henry Street
Binghamton, NY 13901

      Re:    *Bell Atlantic Mobile Systems LLC d/b/a Verizon Wireless v City of Hudson, et al.*
             Case No.: 1:21-cv-00774

Dear Judge McAvoy:

      This office represents the City of Hudson, New York Defendants in the above-referenced matter. This is a request for a one week extension of time for the City of Hudson Defendants to respond to Plaintiff's Complaint, currently due on October 5, 2021. The parties are in productive discussions, and the request is to extend the response date to October 12, 2021. I have spoken with Plaintiff's counsel, Scott P. Olson, Esq., who consents to this request. This request does not affect any other scheduled dates.

      Thank you for your consideration with respect to this matter.

                              Respectfully submitted,

                              David T. Luntz

DTL:ltd

cc:     All parties (via ECF)

4844-5882-7518, v. 1