# Young / Sommer LLC

ATTORNEYS AT LAW

Executive Woods, Five Palisades Drive, Albany, NY 12205
Phone: 518-438-9907 • Fax: 518-438-9914

www.youngsommer.com

Writer's Telephone Extension: 258
solson@youngsommer.com

December 15, 2021

*Via ECF*
Hon. Thomas J. McAvoy
Senior U.S. District Judge
U.S. District Court
Northern District of New York
15 Henry St
Binghamton NY 13901

      RE:    Bell Atlantic Mobile Systems LLC d/b/a Verizon Wireless v. City of Hudson, New York, et al.
             Case No. 1:21-cv-774 TJM/ATB

Dear Judge McAvoy:

Our office represents Bell Atlantic Mobile Systems LLC d/b/a Verizon Wireless in the above matter.

The purpose of this letter is to advise the Court that the parties have resolved this matter and request a two week adjournment to allow counsel to execute and submit a Settlement Agreement.

I have discussed this with Defendant's counsel, David T. Luntz, Esq., who consents to this request.

Thank you for your consideration with respect to this matter.

Respectfully submitted,

YOUNG/SOMMER LLC

By: _____
     Scott P. Olson

C:    All parties (via ECF)